JENNIE MARCUS ET AL., RESPONDENTS, v. ST. PAUL MERCURY INDEMNITY COMPANY, ST. PAUL, MINNESOTA, APPELLANT.

Submitted October 28, 1932—Decided January 5, 1933.

For the respondents, *Siegendorf & Schwartz.*

For the appellant, *Green & Green.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court, and printed in 10 *N. J. Mis. R.* 44.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, PARKER, CASE, DONGES, BROGAN, HEHER, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, KERNEY, JJ. 13.

*For reversal*—None.